**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

KENNETH C. DAVIS,

    Plaintiff,

      vs.

BAYVIEW LOAN SERVICING, LLC,
and RUBIN LUBLIN, LLC,

    Defendants.

CIVIL ACTION FILE
NO.: 1:14-cv-_____-___

## NOTICE OF REMOVAL OF CIVIL ACTION FROM THE SUPERIOR COURT OF GWINNETT COUNTY, GEORGIA

COME NOW, Bayview Loan Servicing, LLC ("Bayview") and Rubin Lublin, LLC ("Rubin Lublin") (collectively, "Defendants"), and file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and hereby remove this action to the United States District Court for the Northern District of Georgia, Atlanta Division.  Defendants state the following grounds in support of removal:

1.

On May 2, 2014, Plaintiff Kenneth C. Davis filed his Complaint against the Defendants in the Superior Court of Gwinnett County, Georgia. This case is styled as *Kenneth C. Davis v. Bayview Loan Servicing, LLC et al.*, and was given Civil

Action Number 14-A-03833-8, (the "Civil Action"). True and accurate copies of all pleadings filed to date in the Civil Action are collectively attached hereto as **Exhibit "A"**.

2.

It has been less than 30 days since the Complaint was filed. Accordingly, this removal is timely under 28 U.S.C. § 1446(b) because the Civil Action was commenced less than 30 days ago.

3.

The United States District Court for the Northern District of Georgia, Atlanta Division, embraces Gwinnett County, Georgia. Removal to this Court is therefore proper under 28 U.S.C. § 1441(a).

4.

This Notice of Removal is being filed in accordance with 28 U.S.C. § 1446 and Fed. R. Civ. P. 81(c).  In compliance with 28 U.S.C. § 1446(d), Defendants are, contemporaneously herewith, filing a copy of this Notice of Removal with the Clerk of the Superior Court of Gwinnett County, Georgia.  A true and accurate copy of the Notice filed with the Clerk of the Superior Court of Gwinnett County, Georgia is attached hereto as **Exhibit "B"**.

5.

Counsel for Defendants hereby certify that this Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.

## FEDERAL QUESTION JURISDICTION

6.

The United States District Court for the Northern District of Georgia, Atlanta Division, has original jurisdiction pursuant to 28 U.S.C. § 1331 because the Civil Action raises issues and claims under the laws of the United States. Plaintiff alleges claims arising under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* and the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 *et seq.* Accordingly, removal is proper under 28 U.S.C. § 1441(a).

7.

This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §§ 1367(a), 1441(a).  Any civil action of which the Courts have original jurisdiction based on a federal question, may add state law claims if said claims arise out of the same "case or controversy" as those claims governed by laws of the United States, allowing them to be removed as supplementary claims. *Hudson v. Delta Air Lines*, 90 F.3d 451, 455 (11th Cir. 1996).

8.

Venue is proper in this Court for purposes of removal under 28 U.S.C. § 1441(a), but not necessarily for purposes of 28 U.S.C. § 1391 or any other applicable venue provision.  By filing this Notice of Removal, Defendants do not waive any of its jurisdictional objections or affirmative defenses.

WHEREFORE, Defendants Bayview and Rubin Lublin pray that this Civil Action proceed in this Court as an action properly removed, and that no further proceedings be had in said case in the Superior Court of Cobb County, Georgia.

Respectfully submitted this 13th day of June, 2014.

RUBIN LUBLIN, LLC


*/s/ Jody Charles Campbell*
PETER L. LUBLIN
Georgia State Bar No. 460461
JODY CHARLES CAMPBELL
Georgia State Bar No. 308466

*Attorneys for Bayview Loan Servicing, LLC
and Rubin Lublin, LLC*

3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
jcampbell@rubinlublin.com

## <u>FONT CERTIFICATION</u>

The undersigned counsel for Defendants hereby certify that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 13th day of June, 2014.

RUBIN LUBLIN, LLC

*/s/ Jody Charles Campbell*
PETER L. LUBLIN
Georgia State Bar No. 460461
JODY CHARLES CAMPBELL
Georgia State Bar No. 308466

*Attorneys for Bayview Loan Servicing, LLC*
*and Rubin Lublin, LLC*

3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
jcampbell@rubinlublin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 13th day of June, 2014, served Plaintiff in this matter with the foregoing by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Kenneth C. Davis<br>
1835 Logan Ridge Circle<br>
Loganville, Georgia 30052

RUBIN LUBLIN, LLC

*/s/ Jody Charles Campbell*
PETER L. LUBLIN
Georgia State Bar No. 460461
JODY CHARLES CAMPBELL
Georgia State Bar No. 308466

*Attorneys for Bayview Loan Servicing, LLC and Rubin Lublin, LLC*

3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
jcampbell@rubinlublin.com