FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 30 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNETH C. DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC,<br>And RUBIN LUBIN, LLC,<br><br>Defendants. | Case No.<br><br>1:14-cv-01859-JEC-JFK |

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** Plaintiff KENNETH C. DAVIS ("Plaintiff"), and files this NOTICE OF VOLUNTARY DISMISSAL, showing the Court as follows:

1.

Plaintiff request to dismiss this case as allowed under LR 41.1 and Fed.R. Civ. P. 41(a)(1).

Submitted this 29th day of July, 2014.

*Kenneth Cordell Davis*
Kenneth C. Davis, *pro se*
1835 Logan Ridge Cir.
Loganville, GA 30052
*Plaintiff*
404-775-1031
rhythmg.kd@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2014, I mailed a copy of the foregoing to the counsel for defendants below by first class mail with sufficient postage attached.

>Peter L. Lublin
>Jody Charles Campbell
>3740 Davinci Court, Suite 150
>Peachtree Corners, GA 30092

Respectfully submitted this 29th day of July, 2014.

*/s/ Kenneth-Cordell Davis*
Kenneth C. Davis, *pro se*
1835 Logan Ridge Cir.
Loganville, GA 30054
*Plaintiff*
404-775-1031
rhythmg.kd@gmail.com