FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 3 0 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KENNETH C. DAVIS,

    Plaintiff,

v.

BAYVIEW LOAN SERVICING, LLC,
And RUBIN LUBIN, LLC,

    Defendants.

Case No.

1:14-cv-01859-JEC-JFK

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** Plaintiff KENNETH C. DAVIS ("Plaintiff"), and files this NOTICE OF VOLUNTARY DISMISSAL, showing the Court as follows:

1.

Plaintiff request to dismiss this case as allowed under LR 41.1 and Fed.R. Civ. P. 41(a)(1).

Submitted this 29th day of July, 2014.

Entered as dismissed pursuant to
Rule 41(a)(l)(i)(ii), F.R.C.P.

James N. Hatten, Clerk
By: _____
Deputy Clerk  7/30/14

Kenneth C. Davis, *pro se*
1835 Logan Ridge Cir.
Loganville, GA 30052
*Plaintiff*
404-775-1031
rhythmg.kd@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2014, I mailed a copy of the foregoing to the counsel for defendants below by first class mail with sufficient postage attached.

>Peter L. Lublin
>Jody Charles Campbell
>3740 Davinci Court, Suite 150
>Peachtree Corners, GA 30092

Respectfully submitted this 29th day of July, 2014.

*[signature]*

Kenneth C. Davis, *pro se*
1835 Logan Ridge Cir.
Loganville, GA 30054
*Plaintiff*
404-775-1031
rhythmg.kd@gmail.com